SCOTT A. KRONLAND (SBN 171693)
JEFFREY B. DEMAIN (SBN 126715)
REBECCA C. LEE (SBN 305119)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  skronland@altber.com
           jdemain@altber.com
           rlee@altber.com

Attorneys for the Union Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA BABB, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>CALIFORNIA TEACHERS ASSOCIATION, *et al.*,<br><br>              Defendants. | CASE NO. 8:18-cv-00994-JLS-DFM<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br>Judge:  The Hon. Josephine L. Staton |

1              **NOTICE OF LODGING OF PROPOSED JUDGMENT**

2         PLEASE TAKE NOTICE that Defendants California Teachers Association,

3 Defendants United Teachers Los Angeles, and National Education Association

4 hereby lodge the attached Proposed Judgment, pursuant to the Court's order of May

5 8, 2019.

6 Dated:  May 13, 2019              ALTSHULER BERZON LLP

7                                   Scott A. Kronland
                                  Jeffrey B. Demain

8                                   Rebecca Moryl Lee

9                       By:   */s/ Scott A. Kronland*

10                             Scott A. Kronland

11                       Attorneys for Union Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28