UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA BABB, *et al.*, | CASE NO. 8:18-cv-00994-JLS-DFM |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CALIFORNIA TEACHERS ASSOCIATION, *et al.*, | Judge: The Hon. Josephine L. Staton |
| Defendants. | |

**JUDGMENT**

Pursuant to the Court's December 7, 2018 Order Granting State Defendants' Motion to Dismiss (Doc. 76) and the Court's May 8, 2019 Order Granting Defendants' Motion to Dismiss (Doc. 107),

IT IS HEREBY ADJUDGED that Plaintiffs' claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED in favor of Defendants California Teachers Association, United Teachers Los Angeles, National Education Association, Eric Banks, Priscilla Winslow, Erich Shiners, and Arthur A. Krantz, and in favor of Defendant Intervenor the Attorney General of California, and against Plaintiffs Georgia Babb, John J. Frangiamore Jr., William Happ, Aaron Holbrook, Michelle Pecanic-Lee, David Schmus, and Abram van der Fluit.

DATED: May 22, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE